■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE NELLONS, Also Known as DALE PETERSON, Appellant. —Judgment unanimously affirmed. Memorandum: On this appeal from a judgment convicting defendant, following a jury trial, of burglary in the third degree (Penal Law §§ 20.00, 140.20) and petit larceny (Penal Law §§ 20.00, 155.25), we find that the objected-to portion of the prosecutor's summation was a fair and reasonable response to defendant's summation and did not deprive defendant of a fair trial *(People v Galloway,* 54 NY2d 396; *People v Thomas,* 51 NY2d 466, 475; *People v Hazel,* 92 AD2d 691, 692). Following a *Sandoval* hearing, the court properly ruled that evidence of defendant's prior convictions of theft-related offenses was relevant to defendant's veracity as a witness *(People v Edwards,* 80 AD2d 993, 994). On this record, it cannot be said that the court either failed to exercise or abused its discretion in ruling as it did *(People v Pavao,* 59 NY2d 282, 292). We have reviewed defendant's other contentions and find them to be without merit. (Appeal from judgment of Monroe County Court, Cornelius, J.—burglary, third degree, and petit larceny.) Present— Hancock, Jr., J. P., Callahan, Doerr, Denman and Green, JJ.